IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                       Case No. 5:12-CV-05202

$87,216.41 IN UNITED STATES CURRENCY                                        DEFENDANT

## ORDER

Currently before the Court is the Government's motion for voluntary dismissal (Doc. 10). The Government moves to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Nothing has been filed in this case since November of 2012, and the Government represents that the forfeiture is now being handled through the criminal forfeiture process. Therefore, upon due consideration, the Government's motion (Doc. 10) is GRANTED and this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 24th day of March, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE